B3B (Official Form 3B) (12/07) -- Cont.

09-13280:10.1:Application to Proceed In Forma Pauperis:Proposed Order Order On Debtor&#039;s Application For

# United States Bankruptcy Court
## __Northern__ District of ____Illinois____

In re: Linda K. James            Case No.    09-13280
         Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. *The debtor's petition and schedules show (1) that she has cash on hand to pay the fee, and (2)*

The debtor shall pay the chapter 7 filing fee according to the following terms: *that she was able to pay her lawyer an amount exceeding the fee.*

$ __74.75__ on or before __5/1/09__

$ __74.75__ on or before __6/1/09__

$ __74.75__ on or before __7/1/09__

$ __74.75__ on or before __8/3/09__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ :AM/PM at _____
                                                                              (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __16 APR 2009__                     BY THE COURT:
                                          _____
                                          United States Bankruptcy Judge